UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:                                                                                                  CASE NO.: 26-30106
                                                                                                              CHAPTER 13
**Sheba D. Muharib,**
    **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of SELENE FINANCE, LP ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Attorney for Secured Creditor
    13010 Morris Road, Suite 450
    Alpharetta, GA 30004
    Telephone: 470-321-7112
    Facsimile: 404-393-1425

    By: /s/Jason Seals
        Jason Seals
        Email: jseals@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 13, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

SHEBA D. MUHARIB
2803 PENINSULAS DRIVE
MISSOURI CITY, TX 77459

And via electronic mail to:

ATTORNEY AT LAW
2855 MANGUM ROAD, STE A-569
HOUSTON, TX 77092

DAVID PEAKE
DAVID G. PEAKE CHAPTER 13 TRUSTEE,
ONE SUGAR CREEK CENTER BOULEVARD, STE 300
SUGAR LAND, TX 77478

US TRUSTEE
OFFICE OF THE US TRUSTEE,
515 RUSK AVE, STE 3516
HOUSTON, TX 77002

By: /s/ Angela Zuelke