UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 26-30106 |
| Sheba D. Muharib<br>*fka* Sheba Muharib-Talley<br>*fka* Sheba Muharib-Tayeh | CHAPTER: 13 |
| Debtor.<br>_____/ | |

## NOTICE OF APPEARANCE and REQUEST FOR SERVICE

NOW COMES, **Albertelli Law**, who states that its legal services have been retained on behalf of **Wells Fargo Bank, N.A.**, and Albertelli Law, enters its appearance as counsel of record and requests notice of all motions and pleadings filed in this action.

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g)

> */s/ Jeffrey S. Fraser*
> Jeffrey S. Fraser
> Florida Bar No. 85894
> *Admitted to all federal district courts in*
> *and for the state of Texas (N.D., S.D., W.D., E.D.)*
> **Albertelli Law**
> 6565 N. MacArthur Blvd., Suite 470
> Irving, TX 75039
> Email: jfraser@alaw.net

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of January 2026, I caused a true and correct copy of the foregoing, and all attachments, to be served upon each of the entities named below via the court's notice of electronic filing or via Regular U.S. Mail as follows.

*/s/ Jeffrey S. Fraser*
Jeffrey S. Fraser
Florida Bar No. 85894
*Admitted to all federal district courts in and for the state of Texas (N.D., S.D., W.D., E.D.)*
**Albertelli Law**
6565 N. MacArthur Blvd, Suite 470
Irving, TX  75039
Email: jfraser@alaw.net

**SERVICE LIST**
Sheba D. Muharib
2803 Peninsulas Drive
Missouri City, TX 77459

Emil R Sargent
Attorney at Law
2855 Mangum Road
Ste A-569
Houston, TX 77092

David Peake
David G. Peake Chapter 13 Trustee
One Sugar Creek Center Boulevard, Ste 300
Sugar Land, TX 77478

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002

ALAW FILE NO. 26-000613