**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE:  Sheba D. Muharib<br>2803 Peninsulas Drive<br>Missouri City, TX  77459<br><br>DEBTOR | CHAPTER 13<br><br>CASE NO. 26-30106-H1 |

**NOTICE OF HEARING REGARDING (1) CONFIRMATION OF PROPOSED CHAPTER 13 PLAN, (2) VALUATION OF COLLATERAL, (3) DISMISSAL OF CHAPTER 13 BANKRUPTCY CASE, (4) CONVERSION OF CHAPTER 13 CASE, AND (5) ENTRY OF OTHER ORDERS CONCERNING ADMINISTRATION OF CASE**

The United States Bankruptcy Court will conduct a hearing on whether  (1) to confirm the debtor(s) proposed bankruptcy plan, (2) dismiss this case, (3) convert this case under chapter 7, and/or (4) to enter other orders concerning the administration of this case. The hearing will take place on April 14, 2026 at 10:00 am at U.S. Bankruptcy Court, 515 Rusk, Room 404, 4th Floor, Houston, TX  77002-0000.

Attached to this notice is a copy of the statistical cover sheet submitted by the debtor (s) with their proposed plan.  This cover sheet serves as a summary of the plan.  A complete copy of the proposed plan is available from clerk of the Court or the Debtor(s) Attorney.  The Court may consider the current plan or a modified plan at the confirmation hearing.

If you object to confirmation of the plan, you must file your objection at least seven days before the confirmation hearing and serve a copy of the objection on the debtor, the debtor(s) counsel, the Chapter 13 Trustee, and parties requesting notice.

If the plan is not confirmed, the Court may consider whether to dismiss this chapter 13 case due to unreasonable delay that is prejudicial to creditors.  The Court may also consider whether the case should be converted to a case under chapter 7 of the Bankruptcy Code.

The Court may also consider whether to enter other orders that are appropriate for administration of this case.
Dated: 01/28/2026

/s/ David G. Peake
DAVID G. PEAKE, TRUSTEE
ADMISSIONS ID NO. 15679500
1 SUGAR CREEK CENTER BLVD, STE. 300
SUGAR LAND, TX  77478
(713)283-5400

The Debtor(s)' **"Plan Summary and Statistical Cover Sheet to Proposed Plan"** is not attached because it was not on file with the Bankruptcy Court. Please contact the **Debtor(s)' Attorney** for more information.

United States Bankruptcy Court
Southern District of Texas

In re:                                                                                           Case No. 26-30106-mi
Sheba D. Muharib                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4 | User: ADIuser | Page 1 of 3
Date Rcvd: Jan 29, 2026 | Form ID: pdf012 | Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheba D. Muharib, 2803 Peninsulas Drive, Missouri City, TX 77459-4355 |
| 13171905 | + | Damon Hickerson, c/o Dion A. Craig, P.O. Box 52845, Houston, TX 77052-2845 |
| 13171913 | + | Navitas Credit Corp., P.O. Box 3397, Little Rock, AR 72203-3397 |
| 13171915 | + | Patrick O'Connor & Associates, Dept. 523, P.O. Box 4458, Houston, TX 77210-4458 |
| 13171920 | + | Unity National Bank, 2602 Blodgett Street, Houston, TX 77004-5316 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jan 29 2026 20:57:00 | Selene Finance LP, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 13171901 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 29 2026 20:56:34 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Avenue, Dept. APS, Oklahoma City, OK 73118-7901 |
| 13171903 | | Email/PDF: bncnotices@becket-lee.com | Jan 29 2026 20:56:33 | American Express, P.O. Box 650448, Dallas, TX 75265-0448 |
| 13171902 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2026 20:56:19 | American Express, P.O. Box 6789, Sioux Falls, SD 57117-6789 |
| 13171904 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 29 2026 20:56:47 | Chase Bank, P.O. Box 15548, Wilmington, DE 19886-5548 |
| 13171906 | + | Email/Text: mark@dfwteletech.com | Jan 29 2026 20:59:00 | DFW Tele Tech, 3200 Bonnie Drive, Fort Worth, TX 76116-5113 |
| 13171907 | + | Email/Text: mrdiscen@discover.com | Jan 29 2026 20:57:00 | Discover Bank, P.O. Box 71242, Charlotte, NC 28272-1242 |
| 13171908 | + | Email/Text: Esargent3@gmail.com | Jan 29 2026 20:59:00 | Emil R. Sargent, Attorney at Law, 2855 Mangum Road, Ste. A-569, Houston, TX 77092-7493 |
| 13171910 | ^ | MEBN | Jan 29 2026 20:44:13 | Fort Bend County, 1317 Eugene Heimann Circle, Richmond, TX 77469-3623 |
| 13169201 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 29 2026 20:58:00 | INTERNAL REVENUE SERVICE, P O Box 7346, Philadelphia PA 19101-7346 |
| 13171912 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 29 2026 20:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, TX 75001-9013 |
| 13182816 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 29 2026 20:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

| District/off: 0541-4 | User: ADIuser | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: pdf012 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | | USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 13171914 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 29 2026 21:01:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 13171916 | | Email/Text: bnc-quantum@quantum3group.com | Jan 29 2026 20:59:00 | Quantum3 Group LLC as agent, Bureaus Investment Group, Portfolio No. 15, P.O. Box 788, Kirkland, WA 98083-0788 |
| 13171917 | + | Email/Text: bnc-quantum@quantum3group.com | Jan 29 2026 20:59:00 | Quantum3 Group LLC as agent, CF Medical LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 13172345 | | Email/Text: bnc-quantum@quantum3group.com | Jan 29 2026 20:59:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 13172343 | | Email/Text: bnc-quantum@quantum3group.com | Jan 29 2026 20:59:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13173170 | + | Email/Text: RASEBN@raslg.com | Jan 29 2026 20:57:00 | Selene Finance LP, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 13171918 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Jan 29 2026 20:58:00 | U.S. Bank, P.O. Box 21948, Saint Paul, MN 55121 |
| 13171919 | + | Email/Text: RASEBN@raslg.com | Jan 29 2026 20:57:00 | U.S. Bank Trust, N.A., c/o Robertson, Anschutz, Schneit, Crane, & Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wells Fargo Bank, N.A. |
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 13171911 | * | Internal Revenue Service, Insolvency Section, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13182817 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 13171909 | ##+ | Financial Casualty & Surety, Inc., 3131 Eastside Street, Suite 600, Houston, TX 77098-1947 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2026        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Peake | |

District/off: 0541-4 | User: ADIuser | Page 3 of 3
Date Rcvd: Jan 29, 2026 | Form ID: pdf012 | Total Noticed: 25

court@peakech13trustee.com

Emil R Sargent
    on behalf of Debtor Sheba D. Muharib esargent3@gmail.com

Jason T Seals
    on behalf of Creditor Selene Finance LP jseals@raslg.com

Jeffrey Sean Fraser
    on behalf of Creditor Wells Fargo Bank  N.A. jfraser@albertellilaw.com, anhasalaw@infoex.com;bktx@albertellilaw.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 5