United States Bankruptcy Court
Southern District of Texas

**ENTERED**

February 20, 2026

Nathan Ochsner, Clerk

Southern District of Texas Chapter 13 Plan Form 4D (Last Revision November 21, 201

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

In re: §
§   Case No.   **26-30106-H1-13**
**Sheba D. Muharib** §
§   **(Chapter 13)**
§
Debtor(s). §

## WAGE DEDUCTION ORDER

| **Employer** | **Chapter 13 Trustee** |
|---|---|
| A Tap Incorporate | David G. Peake, Trustee |
| 9118 Mesa Drive | P.O. Box 2158 |
| Houston, Texas 77028 | Memphis, TN 38101-2158 |
| | **26-30106-H1-13** |

The Court orders:

1.  Employer must deduct the following amounts from wages payable to **Sheba D. Muharib** and

send the deducted funds to the Chapter 13 Trustee:

| **Monthly** | **Semi-Monthly** | **Bi-Weekly** | **Weekly** |
|---|---|---|---|
| $2,500.00 | $1,250.00 | $1,153.85 | $576,93 |

2.   The first deduction must occur no later than the first payday following 7 days after th Employer receives this order. Deducted amounts must be submitted to the Chapter 13 Trustee within 7 days of the date of the deduction. **The Employer must not charge or require a fee or other cost for compliance with this Order.**

3.   The Chapter 13 Trustee must submit a copy of this Wage Deduction Order to the Employer within 7 days of entry.

4.   The Chapter 13 Trustee may amend the amount of the payments that are due under this Wage Deduction Order by sending a Notice of Wage Order Adjustment received by the Employer form the Chapter 13 Trustee.

5.   **This Order is NOT subject to any limitation under state or federal law regarding wage garnishments**.

6.   This Order remains effective until terminated by Order of this Court.

Signed:  2/20/2026

Marvin Isgur
United States Bankruptcy Judge

Date  **February 19, 2026**

Signature  **/s/ Sheba D. Muharib**

**Sheba D. Muharib**

Debtor