IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.: 26-30106 |
| | § | |
| SHEBA D. MUHARIB | § | CHAPTER: 13 |
| *fka* SHEBA MUHARIB-TALLEY | § | |
| *fka* SHEBA MUHARIB-TAYEH | § | |
| DEBTOR(S). | § | |

MOTION FOR RELIEF FROM THE STAY [AND CO-DEBTOR STAY, IF APPLICABLE]

**THIS IS A MOTION FOR RELIEF FROM THE AUTOMATIC STAY. IF IT IS GRANTED, THE MOVANT MAY ACT OUTSIDE OF THE BANKRUPTCY PROCESS. IF YOU DO NOT WANT THE STAY LIFTED, IMMEDIATELY CONTACT THE MOVING PARTY TO SETTLE. IF YOU CANNOT SETTLE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY AT LEAST 7 DAYS BEFORE THE HEARING. IF YOU CANNOT SETTLE, YOU MUST ATTEND THE HEARING. EVIDENCE MAY BE OFFERED AT THE HEARING AND THE COURT MAY RULE.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**THERE WILL BE A HEARING ON THIS MATTER ON APRIL 17, 2026 AT 9:00AM, UNITED STATES COURTHOUSE COURTROOM 405, 515 RUSK, HOUSTON, TX 77002 OR TELEPHONICALLY: DIAL-IN TELEPHONE NO: 832-917-1510 CONFERENCE CODE: 954554 .VIDEO PARTICIPATION: HTTPS://WWW.GOTOMEET.ME/JUDGEISGUR**

1. This motion requests an order from the Bankruptcy Court authorizing the person filing this motion to foreclose

on or to repossess the property that is identified in paragraph 3.

2. Movant: Wells Fargo Bank, N.A.

3. Movant, directly or as agent for the holder, holds a security interest in certain real property of the Debtor(s) having an address of 3402 Farrel Hill Street, Fresno, TX 77545-7071 and a legal description of[1]:

Lot 9, in Block 1, of Winfield Lakes, Section 2, a subdivision in Fort Bend County, Texas, according to the map or plat thereof, recorded in Slide No. 2459/A of the Plat Records of Fort Bend County, Texas

4. Movant has reviewed the schedules filed in this case. The property described in paragraph 3 is not claimed as exempt by the debtor.

5. Type of collateral (e.g., Home, Manufactured Home, Car, Truck, Motorcyle): Real Property.

5a. Wells Fargo Bank, N.A. services the loan on the property referenced in this motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor(s) obtain(s) a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant.

6. Debtor's scheduled value of property: $289,584.00.

7. Movant's estimated value of property: $289,584.00.

8. Total amount owed to movant, as of February 23, 2026: $174,139.90[2].

9. Estimated equity (paragraph 7 minus paragraph 8): $115,444.10.

10. Total pre and post-petition arrearages: $67,915.65.

11. Total post-petition arrearages: $1,907.21.

---

[1] The note, deed of trust and assignment are attached as Composite Exhibit "**A**".
[2] This total amount includes the unpaid principal, accrued interest, uncollected late charges, other fees, escrow advance and a suspense balance as of February 23, 2026.

12. Amount of unpaid, past due property taxes, if applicable: <u>N/A</u>.

13. Expiration date on insurance policy, if applicable: <u>N/A</u>.

14. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred $1,350.00 in legal fees and $199.00 is costs. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code, paragraph 18 below, and otherwise applicable law.

15. Movant seeks relief based on the debtor(s)' proposal to Surrender the property in the Chapter 13 Plan.

16. If applicable:  Name of Co-Debtor: <u>N/A</u>.

17. Based on the foregoing, movant seeks termination of the automatic stay to allow movant to foreclose or repossess the debtor(s)' property and seeks to recover its costs and attorneys' fees in an amount not to exceed the amount listed in paragraph 14.

18. Movant certifies that prior to filing this motion an attempt was made to confer with the Debtor(s)' counsel (or with Debtor(s), if *pro se*) either by telephone, by e-mail or by facsimile, by the following person on the following date and time: March 16, 2026, at 10:14 AM. A response has not been received.  If requested by debtor or debtor's counsel, a payment history in the form attached to this motion was provided at least two days, excluding intermediate weekends and holidays, before this motion was filed.

Date:<u>March 17, 2026</u>　　　　　*/s/ Jeffrey S. Fraser*
　　　　　　　　　　　　　　　Jeffrey S. Fraser
　　　　　　　　　　　　　　　Florida Bar No. 85894
　　　　　　　　　　　　　　　*Admitted to all federal district courts in*
　　　　　　　　　　　　　　　*and for the state of Texas (N.D., S.D., W.D., E.D.)*
　　　　　　　　　　　　　　　**Albertelli Law**
　　　　　　　　　　　　　　　6565 N. MacArthur Blvd, Suite 470
　　　　　　　　　　　　　　　Irving, TX 75039
　　　　　　　　　　　　　　　Email: <u>jfraser@alaw.net</u>

**Certificate of Service and Certificate of Compliance with BLR 4001**

A copy of this motion, exhibits, and notice of hearing was served on the persons shown on exhibit "1" at the addresses reflected on that exhibit on March 17, 2026 by prepaid United States first class mail.  Movant certifies that movant has complied with Bankruptcy Local Rule 4001.

/s/ *Jeffrey S. Fraser*
Movant's Counsel

**EXHIBIT "1" – SERVICE LIST**

Sheba D. Muharib
2803 Peninsulas Drive
Missouri City, TX 77459

Emil R Sargent
Attorney at Law
2855 Mangum Road
Ste A-569
Houston, TX 77092

David Peake
David G. Peake Chapter 13 Trustee
One Sugar Creek Center Boulevard, Ste 300
Sugar Land, TX 77478

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002