# United States Bankruptcy Court
## Southern District of Texas
### Houston Division

In re     **Sheba D. Muharib**

Debtor(s)

Case No.     **26-30106-H1-13**

Chapter     **13**

## RESPONSE OF NO OPPOSITION TO TRUSTEE'S AMENDED MOTION TO DISMISS OR CONVERT  (DKT #28)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Sheba D. Muharib, Debtor and party in interest in the above-styled and captioned case. Debtor pleads the following in response to the Trustee's Motion to Dismiss or Convert.

1.    Debtor admits the allegations of the Trustee as of the date of the filing of the motion.

2.    Debtor opposes the conversion of this case to a chapter 7.

3.    Debtor does not oppose the Trustee's motion to dismiss.

WHEREFORE, Debtor respectfully requests  the Court to grant the Trustee's motion to dismiss, and that she have such other and further relief, both legal and equitable, to which she is justly entitled.

.

Respectfully submitted:

Date     **April 14, 2026**

Signature     */s/ Emil R. Sargent*

**Emil R. Sargent**
TBN: 17648750
2855 Mangum Road, Suite A-569
Houston, Texas 77092
713.222.2299 - Telephone
713.224.6812 - Facsimile

Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2026 a copy of the foregoing Response of No Opposition to Trustee's Motion to Dismiss or Convert was served on all registered creditors who have requested service via ECF and by United States mail, postage prepaid and/or Email on the following parties:

David G. Peake, Trustee
court@peakech13trustee.com

United States Trustee
Southern District of Texas
USTPRegion07@USDOJ.GOV

Sheba D. Muharib
Via Email

*/s/ Emil R. Sargent*
**EMIL R. SARGENT**